**EXHIBIT 2:** INFRINGEMENT #1
URL: https://x.com/iamcardib/status/1543714517691006978



**EXHIBIT 2:** INFRINGEMENT #2

URL: https://x.com/iamcardib/status/1544052458305032193

